Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL DENARDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK BEGICH, MUNICIPALITY OF ANCHORAGE, MR. EHM, AMY K. LYONS, WALTER MONEGAN, | ) ) ) |
| | ) |
| Defendant. | ) |

Superior Court Case No. 3AN-06-7302 CI
U.S. District Court Case No. _____

## NOTICE OF REMOVAL OF ACTION
## TO UNITED STATES DISTRICT COURT

Pursuant to 28 U.S.C. § 1441, defendant Municipality of Anchorage (Municipality) provides notice of removal of the above-captioned civil action from the Superior Court, Third Judicial District, State of Alaska to the United States District Court, District of Alaska.

The removal is based on the following grounds:

1.  Plaintiff filed the above-captioned civil action, 3AN-06-7302 CI in Superior Court, Third Judicial District, State of Alaska. A copy of the complaint is attached. *See* Ex. A.

2.  The United States District Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331. The complaint alleges federal causes of action. See Ex. A at 1. The attached motion to quash summonses and complaints alleges violations of Plaintiff's constitutional rights based on federal case law. See Ex. B at 1-2.

4.  This notice for removal is timely under 28 U.S.C. 1446(b). The complaint in Alaska Superior Court Case No. 3AN-06-7302 CI was filed on April 24, 2006. The motion to quash summonses and complaints was filed on April 24, 2006. The Municipality received the complaint and motion to quash summonses and complaints on April 24, 2006. Less than thirty (30) days has elapsed since notice of the federal claims.

5.  Written notice of the filing of the notice of removal will be filed simultaneously with the Clerk of Trial Courts, Third Judicial District, State of Alaska, along with a copy of this notice of removal. Written notice of the filing of the notice of removal will also be simultaneously served on the adverse party.

6.  All documents which have been filed in the Alaska Superior Court, Case No. 3AN-06-7302 CI, and a list of such documents are submitted with this notice.

The Municipality respectfully requests the above-captioned action be removed from the Superior Court for the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska.

DATED April 27, 2006.

FREDERICK H. BONESS
Municipal Attorney

By:   s/ Joshua M. Freeman

Notice of Removal of Action to U.S. Dist. Ct.
Denardo v. MOA et al.
Page 2 of 3

Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519-6650
(907) 343-4545
(907) 343-4550 – fax
uslit@muni.org
Alaska Bar No. 0305015

The undersigned hereby certifies that on April 12, 2006 a true and correct copy of the Municipality's Answer to 5th Amended Complaint
was served on:

Daniel Denardo
PO Box 100682
Anchorage, AK 99510

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Joshua M. Freeman
Municipal Attorneys Office

Notice of Removal of Action to U.S. Dist. Ct.
Denardo v. MOA et al.
Page 3 of 3