Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT

Daniel DeNardo

    Plaintiff,

vs.

Mark Begich,
Municipality of Anchorage,
APD Ehm,
Amy K. Lyons,
Walter Monegan,

    Defendants.

Case 3AN-06- 7302

### Motion To Quash Summonses and Complaints

    Mr. DeNardo motions the court to quash the summonses and complaints that are the subject of the verified complaint in this action. Under Municipal policy and defendants' acts, the Anchorage Police Department is conducting random automobile license plate computer checks without probable cause to believe any violation of law has occurred.

    The defendants intend to enforce the summonses and complaint in derogation of DeNardo's constitutional Rights.


EXHIBIT B
1 of 2

1

Every federal and state case addressing this violation has declared it unconstitutional.

Dated 24 April 2006.

Signed under penalties of perjury, no notary available, based on personal knowledge as true and correct, under AS 9.63.020.

*Daniel DeNardo*

Daniel DeNardo