Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL DENARDO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MARK BEGICH, MUNICIPALITY OF ANCHORAGE, MR. EHM, AMY K. LYONS, WALTER MONEGAN, | ) ) ) ) |
| Defendant. | ) ) |

Superior Court Case No. 3AN-06-7302 CI
U.S. District Court Case No. _____

### NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL

TO:   Daniel Denardo

Please take notice that defendant Municipality of Anchorage, filed a notice of removal of the above-captioned action in the United States District Court for the District of Alaska. A copy of the notice of removal has been filed with the Clerk of the Trial Courts, Third Judicial District, State of Alaska. A copy of the notice of removal is attached.

DATED April 27, 2006.

FREDERICK H. BONESS
Municipal Attorney

By:   s/ Joshua M. Freeman
      Assistant Municipal Attorney
      P.O. Box 196650
      Anchorage, AK 99519-6650
      (907) 343-4545
      (907) 343-4550 – fax
      uslit@muni.org
      Alaska Bar No. 0305015

The undersigned hereby certifies that on April 27, 2006 a true and correct copy of the Notice to Adverse Parties of Filing of Notice of Removal was served on:

Daniel Denardo
PO Box 100682
Anchorage, AK 99510

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Joshua M. Freeman
Municipal Attorneys Office