Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT

Daniel DeNardo

    Plaintiff,

vs.

Mark Begich,
Municipality of Anchorage,
Mr. Ehm,
Amy K. Lyons,
Walter Monegan,

Case 3AN-06- 7302 CI

<u>Complaint and Demand of Trial By Jury:</u>

<u>And Demand For Injunctive and Declaratory Action</u>

### I. Jurisdiction

The superior court has jurisdiction under Art. IV § 3 of the Alaska Constitution for all state and federal causes of action.

### II. Parties

1. Daniel DeNardo is a resident of Alaska.

2. Mark Begich is a resident of the of Alaska.

3. The Municipality of Anchorage is a municipal corporation under the laws of Alaska..

1

EXHIBIT A
Page 1 of 4

4. Mr. Ehm is a resident of Alaska.

5. Amy K. Lyons is a resident of Alaska.

6. Walter Monegan is a resident of Alaska.

## III. Cause of Action

1. On 20 April 2006 DeNardo was subjected to an arrest, search, and seizure by the actions of Amy K. Lyons and Mr. Ehm.

2. Ms. Lyons executed the arrest, search, and seizure by running a random check of the license plate on the automobile driven by DeNardo.

3. Ms. Lyons admitted at the time of the arrest and seizure that DeNardo had not violated any traffic regulations.

4. Ms. Lyons admitted that she ran a random check of DeNardo's license plate according to Anchorage Police Department (APD) and Municipal policy.

5. Ms. Lyons issued DeNardo three summons and complaints under threat of arrest.

6. DeNardo met other individuals subjected to the random stop policy: James Allen Taylor and Brian Taylor of Colorado.

7. The Taylors were subjected to a random stop after the APD ran a random check on their license plate.



EXHIBIT A
2 of 4

8. The Taylors were informed that they had not committed any violations but were being subjected to a random search, arrest, and seizure.

9. Mr. Taylor was issued a summons and complaint under threat of arrest.

10. Defendants acted with deliberate indifference and reckless disregard of plaintiff's Rights At Law.

11. Defendants Mark Begich, Municipality of Anchorage, and Walter Monegan developed the policies and procedures that allow for random seizures, searches, and arrests through traffic stops.

12. Defendants Mark Begich, Municipality of Anchorage, and Walter Monegan knew or should have known their actions, policies, and procedures violated the Alaska Constitution.

## IV. Damages

1. Daniel DeNardo suffered mental anguish, humiliation, anxiety, general ill feeling, fright, and other compensatory damages to be identified.

2. Plaintiff demands compensatory damages of $25,000,000.00.

3. Plaintiff demands punitive damages of $25,000,000.00 for the deliberate indifference and reckless disregard of plaintiff's Rights At Law.

EXHIBIT A
P. 3 of 4

## V. Demand of Trial By Jury

1. DeNardo demands trial by jury on all issues.

Dated 24 April 2006.

Signed under penalties of perjury, no notary available, based on personal knowledge as true and correct, under AS 9.63.020.

*Daniel DeNardo* (signature)

Daniel DeNardo

EXHIBIT A
4 - 4

Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT

Daniel DeNardo

    Plaintiff,

vs.

Mark Begich,
Municipality of Anchorage,
APD Ehm,
Amy K. Lyons,
Walter Monegan,

    Defendants.

Case 3AN-06- 7302

### Motion To Quash Summonses and Complaints

Mr. DeNardo motions the court to quash the summonses and complaints that are the subject of the verified complaint in this action. Under Municipal policy and defendants' acts, the Anchorage Police Department is conducting random automobile license plate computer checks without probable cause to believe any violation of law has occurred.

The defendants intend to enforce the summonses and complaint in derogation of DeNardo's constitutional Rights.

EXHIBIT B
1 of 2

1

Every federal and state case addressing this violation has declared it unconstitutional.

Dated 24 April 2006.

Signed under penalties of perjury, no notary available, based on personal knowledge as true and correct, under AS 9.63.020.

*Daniel DeNardo*

Daniel DeNardo

EXHIBIT B
page 2 of 2

2