Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL DENARDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK BEGICH, MUNICIPALITY | ) |
| OF ANCHORAGE, MR. EHM, AMY | ) |
| K. LYONS, WALTER MONEGAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Superior Court Case No. 3AN-06-7302 CI
U.S. District Court Case No. _____

### DESIGNATION OF RECORD

Defendant, Municipality of Anchorage, gives notice to the court that it has

attached copies of all records and proceedings held to date in the above-captioned Alaska

Superior Court Case No. 3AN-06-7032 CI, which is the subject of the Municipality's

Notice of Removal. A copy of all documents served upon the Municipality of Anchorage

are attached as follows:

| Tab No. | Party | Pleading/Comments |
|---|---|---|
| 1 | 04/24/06 | Summons and Notice to Both Parties of Judicial Assignment (Begich) |
| 2 | 04/24/06 | Summons and Notice to Both Parties of Judicial Assignment (MOA) |
| 3 | 04/24/06 | Complaint and Demand of Trial By Jury: And Demand for Injunctive and Declaratory Action |
| 4 | 04/24/06 | Demand of Trial By Jury |
| 5 | 04/24/06 | Motion for Oral Argument |
| 6 | 04/24/06 | Motion to Quash Summonses and Complaints |
| 7 | 04/24/06 | Motion for Expedited Consideration |

DATED April 27, 2006.

FREDERICK H. BONESS
Municipal Attorney

By:   s/ Joshua M. Freeman
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK  99519-6650
(907) 343-4545
(907) 343-4550 – fax
uslit@muni.org
Alaska Bar No. 0305015

The undersigned hereby certifies that on April 27, 2006 a
true and correct copy of the Designation of Record
was served on:

Daniel Denardo
PO Box 100682
Anchorage, AK  99510

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

s/ Joshua M. Freeman
Municipal Attorneys Office