IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

__DANIEL DENARDO_____ )
                Plaintiff(s),  )
                                )
vs.                             )
                                )
__MARK BEGICH_____ )
__MUNICIPALITY OF ANCHORAGE__ )   CASE NO. 3AN-__06-7343__
__MR. EHM_____ )
__AMY K. LYONS_____ )         SUMMONS AND
__WALTER MONEGAN_____ )      NOTICE TO BOTH PARTIES
                Defendant(s).  )   OF JUDICIAL ASSIGNMENT
                                )

To Defendant: __MARK BEGICH_____

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) __DANIEL DENARDO_____, whose address is: __P.O. BOX 100632,__
__ANCHORAGE, ALASKA 99510_____

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge __Hensen_____
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

__4-24-06__                              By: _____
   Date                                          Deputy Clerk

I certify that on __4-24-06__ a copy of this Summons was [ ] mailed [ ] given to
[✓] plaintiff  [ ] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)                          Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

RECEIVED
MUNICIPAL ATTORNEY

06 APR 24 AM 9:06

2006 APR 24 AM 8:51
CLERK'S OFFICE

DANIEL DENARDO
_____
              Plaintiff(s),

vs.

MARK BEGICH
MUNICIPALITY OF ANCHORAGE
MR. EHM
ART K. LYONS
WALTER MONEGAN
_____
              Defendant(s).

CASE NO. 3AN- 06-7302 CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __MUNICIPALITY OF ANCHORAGE: MUNICIPAL CLERK__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) __DANIEL DENARDO__, whose address is: __P.O. BOX 100682__
__ANCHORAGE ALASKA 99510__

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge __Gleason__
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

__4-24-06__                          By: _____
    Date                                      Deputy Clerk

I certify that on __4-24-06__ a copy of this Summons was  [ ] mailed  [ ] given to
[✓] plaintiff   [ ] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)                              Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT

Daniel DeNardo

    Plaintiff,

vs.

Mark Begich,
Municipality of Anchorage,
Mr. Ehm,
Amy K. Lyons,
Walter Monegan,

Case 3AN-06-_7302 CI_

<u>Complaint and Demand of Trial By Jury:</u>

<u>And Demand For Injunctive and Declaratory Action</u>

### I. Jurisdiction

The superior court has jurisdiction under Art. IV § 3 of the Alaska Constitution for all state and federal causes of action.

### II. Parties

1. Daniel DeNardo is a resident of Alaska.

2. Mark Begich is a resident of the of Alaska.

3. The Municipality of Anchorage is a municipal corporation under the laws of Alaska..

1

4. Mr. Ehm is a resident of Alaska.

5. Amy K. Lyons is a resident of Alaska.

6. Walter Monegan is a resident of Alaska.

### III. Cause of Action

1. On 20 April 2006 DeNardo was subjected to an arrest, search, and seizure by the actions of Amy K. Lyons and Mr. Ehm.

2. Ms. Lyons executed the arrest, search, and seizure by running a random check of the license plate on the automobile driven by DeNardo.

3. Ms. Lyons admitted at the time of the arrest and seizure that DeNardo had not violated any traffic regulations.

4. Ms. Lyons admitted that she ran a random check of DeNardo's license plate according to Anchorage Police Department (APD) and Municipal policy.

5. Ms. Lyons issued DeNardo three summons and complaints under threat of arrest.

6. DeNardo met other individuals subjected to the random stop policy: James Allen Taylor and Brian Taylor of Colorado.

7. The Taylors were subjected to a random stop after the APD ran a random check on their license plate.

8. The Taylors were informed that they had not committed any violations but were being subjected to a random search, arrest, and seizure.

9. Mr. Taylor was issued a summons and complaint under threat of arrest.

10. Defendants acted with deliberate indifference and reckless disregard of plaintiff's Rights At Law.

11. Defendants Mark Begich, Municipality of Anchorage, and Walter Monegan developed the policies and procedures that allow for random seizures, searches, and arrests through traffic stops.

12. Defendants Mark Begich, Municipality of Anchorage, and Walter Monegan knew or should have known their actions, policies, and procedures violated the Alaska Constitution.

## IV. Damages

1. Daniel DeNardo suffered mental anguish, humiliation, anxiety, general ill feeling, fright, and other compensatory damages to be identified.

2. Plaintiff demands compensatory damages of $25,000,000.00.

3. Plaintiff demands punitive damages of $25,000,000.00 for the deliberate indifference and reckless disregard of plaintiff's Rights At Law.

V. Demand of Trial By Jury

1. DeNardo demands trial by jury on all issues.

Dated 24 April 2006.

Signed under penalties of perjury, no notary available, based on personal knowledge as true and correct, under AS 9.63.020.

*Daniel DeNardo* (signature)

Daniel DeNardo

Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT

Daniel DeNardo

    Plaintiff,

vs.

Mark Begich,
Municipality of Anchorage,
Mr. Ehm,
Amy K. Lyons,
Walter Monegan,

    Defendants.

_____  Case 3AN-06-

## Demand of Trial By Jury

Mr. DeNardo demands trial by jury on all issues.

Dated 24 April 2006.

*/s/ Daniel DeNardo*

Daniel DeNardo

Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT

Daniel DeNardo

    Plaintiff,

vs.

Mark Begich,
Municipality of Anchorage,
APD Ehm,
Amy K. Lyons,
WALTER MONEGAN,

Case 3AN-06-7302 CI

### Motion for Oral Argument

Mr. DeNardo motions for oral argument on the issue of quashing the summons and complaints issued after an unconstitutional random traffic arrest, search, and seizure.

Dated 24 April 2006.

*Daniel DeNardo*

Daniel DeNardo

Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

Daniel DeNardo

    Plaintiff,

vs.

Mark Begich,
Municipality of Anchorage,
APD Ehm,
Amy K. Lyons,
Walter Monegan,

    Defendants.

_____ Case 3AN-06- 7302

Motion To Quash Summonses and Complaints

    Mr. DeNardo motions the court to quash the summonses and complaints that are the subject of the verified complaint in this action. Under Municipal policy and defendants' acts, the Anchorage Police Department is conducting random automobile license plate computer checks without probable cause to believe any violation of law has occurred.

    The defendants intend to enforce the summonses and complaint in derogation of DeNardo's constitutional Rights.

1

Every federal and state case addressing this violation has declared it unconstitutional.

Dated 24 April 2006.

Signed under penalties of perjury, no notary available, based on personal knowledge as true and correct, under AS 9.63.020.

*Daniel DeNardo*

Daniel DeNardo

Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT

Daniel DeNardo

    Plaintiff,

    vs.

Mark Begich,
Municipality of Anchorage,
APD Ehm,
Amy K. Lyons,
WALTER MONEGAN,

Case 3AN-06- 7302 CI

### Motion for Expedited Consideration

    Mr. DeNardo motions the court for expedited consideration of the separately filed motion to quash the citations issued to DeNardo under Municipal policy authorizing random traffic stops by running license plate checks without probable cause to believe a violation of law has been committed. This motion is based on the verified complaint filed in this case.

    Witnesses Brian and James Taylor of Colorado were also subjected to a random stop and will attend to testify under oath.

1

Defendants and Municipal policies are in violation of the Art. I §§ 7 and 14 of the Alaska Constitution.

### Notice to Defendants

Mr. DeNardo is serving defendants by hand delivery the Municipal Law Office, Mark Begich, and the Municipal Clerk at 631 West 6th, Anchorage, with this motion, the motion to quash, and the verified complaint on 24 April 2006, immediately following the filing of this case.

The Municipal Law Office telephone number is 343-4545.

### Facts Justifying Expedited Consideration

The Municipal summons and complaint threatens issuance of warrants and arrest if DeNardo's response is not received by 25 April 2006.

Dated 24 April 2006.
Signed under penalties of perjury, no notary available, based on personal knowledge as true and correct, under AS 9.63.020.

*Daniel DeNardo*

Daniel DeNardo