Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 751-4803

RECEIVED

APR 2 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE FEDERAL DISTRICT COURT OF ALASKA

3:06-CV-00096 TMB

Daniel DeNardo            Federal Case _____

    Plaintiff,

    vs.

Mark Begich,
Municipality of Anchorage,
Mr. Ehm,
Amy K. Lyons,
Walter Monegan,

    Defendants.

_____  Case 3AN-06-7302 CI

### Notice of Voluntary Dismissal

This is notice that Mr. DeNardo voluntarily dismisses this case because he does not choose to voluntarily participate in the National Socialist tribunals. No answer has been filed in this case.

Dated 28 April 2006.

### Service

Mr. DeNardo served Freeman by hand delivery on 4/28/06 atr 631 W.6th, Anchorage.

*(signature)*

Daniel DeNardo

1