Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| DANIEL DENARDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARK BEGICH, MUNICIPALITY OF ANCHORAGE, MR. EHM, AMY K. LYONS, WALTER MONEGAN, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Case No. 3AN-06-7302 CI
U. S. District Court Case #:  3:06-cv-00096 TMB

**SERVICE LIST OF PARTIES**

Attorney for Plaintiff:

Daniel Denardo
P.O. Box 100682
Anchorage, AK  99510-0682
907-751-4803

Attorney for Defendant Municipality of Anchorage:

Joshua M. Freeman
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK  99519-6650
907-343-4545
907-343-4550 (fax)

ABA #0305015
Email:  uslit@ muni.org

      DATED this _____ day of _____, 2006.

                      FREDERICK H. BONESS
                      Municipal Attorney

                      By:    s/    Joshua M. Freeman
                          Assistant Municipal Attorney
                          P.O. Box 196650
                          Anchorage, AK  99519-6650
                          (907) 343-4545
                          (907) 343-4550 – fax
                          uslit@muni.org
                          Alaska Bar No. 0305015

The undersigned hereby certifies that on May ____, 2006
A true and correct copy of the *Service List of Parties*
was served on:

    Daniel DeNardo
    P.O. Box 100682
    Anchorage, AK  99510

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

/s Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office